CHARLES WOOD, Appellant, *v.* WILLIAM MITCHELL, Respondent.

*Supreme Court, First Department, General Term, July 9, 1889.*

*Judgment. Confession.*—Where a judgment by confession is made in favor of an adult for a tort, a motion made by a subsequent judgment creditor to set it aside will be granted.

Appeal from an order denying a motion to set aside a judgment.

*James C. Bergen*, for appellants.

*Cornelius Doremus,* for respondent Parkinson : *Barlow & Carman,* for respondent William Mitchell.

MACOMBER, J.—This case, in respect to the legal questions presented, differs from the one involving the confession of judgment in favor of Thomas G. Mitchell and others, decided at this term of court, only in this respect, that it does not involve the question of the infancy, and the failure to . appoint a guardian *ad litem* for the infants before the entry of judgment by confession in their favor, and consequently the decision in it must follow the result of the other case.

The order appealed from should be affirmed, with ten dollars costs and disbursements.

VAN BRUNT, Ch. J., and BARTLETT, J., concur.